FILED
JUL 30 2018
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:18-MJ-40 |
| | ) (Misdemeanor) |
| JERICO A. LEGGETT SR. | ) VA 19 |
| | ) |
| | ) Court Date: August 13, 2018 |
| | ) Time: 8:30 a.m. |

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 7245477

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 6, 2018 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JERICO A. LEGGETT SR., did forcibly resist the efforts of police officers Jordan A. Vos and Alex Scultz from lawfully arresting him. The police officers were, at the time of this incident, law enforcement personnel employed by the United States, and were then in the execution of their duties. (In violation of Title 18 United States Code,

Section 111(a) (1.)

                              G. ZACH TERWILLIGER
                              UNITED STATES ATTORNEY

By:    /s/ *signature*
                              JENNIFER E. BAYLES QUIRK
                              Attorney for the Government
                              United States Attorney's Office
                              2732 Madison Avenue
                              Fort Eustis, Virginia 23604
                              Phone: (757) 878-2205, ext 234
                              Fax: (757) 878-5289
                              Jennifer.e.baylesquirk2.mil@mail.mil

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2018, I served a true copy of the foregoing CRIMINAL INFORMATION on Megan Durkee, counsel for the defendant JERICO A. LEGGETT SR.

By: _____
JENNIFER E. BAYLES QUIRK
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
Jennifer.e.baylesquirk2.mil@mail.mil